IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY L. SHEPHARD, et al. | : | |
| Plaintiffs | : | CIVIL ACTION |
| vs. | : | |
| | : | NO.  09-cv-1436 |
| AETNA LIFE INSURANCE COMPANY | : | |
| Defendant | : | |

## ORDER

AND NOW, this 7th day of August, 2009, upon consideration of Defendant's Motion to Dismiss (Doc. No. 4), Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. No. 6), Plaintiffs' [Proposed] Amended Complaint (Doc. No. 7), and Defendant's Response in Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. No. 8), IT IS HEREBY ORDERED as follows:

1. Defendant's Motion to Dismiss (Doc. No. 4) is GRANTED, and Plaintiffs' Complaint (Doc. No. 1, Ex. A) is DISMISSED WITHOUT PREJUDICE; and

2. Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. No. 6) is DENIED, and Plaintiffs' [Proposed] Amended Complaint (Doc. No. 7) is STRICKEN.

The Clerk of Court is directed to mark this case as CLOSED for statistical purposes.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.